Magistrate Judge Paula L. McCandlis

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ24-297 |
| Plaintiff, | COMPLAINT for VIOLATION |
| v. | Title 18, United States Code, Sections 2422(b), 2423(b) |
| MARC DAVID MCCOOL, | |
| Defendant. | |

17   BEFORE the Honorable Paula L. McCandlis, United States Magistrate Judge,

18   United States Courthouse, Seattle, Washington.

19   The undersigned complainant being duly sworn states:

20   ### COUNT 1

21   **(Attempted Enticement of a Minor)**

22   Between on or about April 5, 2024, and on or about May 16, 2024, in King County,

23   within the Western District of Washington, and elsewhere, MARC DAVID MCCOOL, used

24   a means and facility of interstate and foreign commerce, to include the internet and a cellular

25   telephone, to knowingly persuade, induce, entice, and coerce, and attempt to do so, an

26   individual who had not attained the age of 18 years to engage in sexual activity for which

27   any person can be charged with a criminal offense.

28   All in violation of Title 18, United States Code, Section 2422(b).

COMPLAINT / *United States v. McCool* - 1
USAO #2024R00505

1

<u>**COUNT 2**</u>

2

**(Travel with Intent to Engage in a Sexual Act with a Minor)**

3        On or about  May 16, 2024, in King County, within the Western District of

4   Washington, and elsewhere, the defendant, MARC DAVID MCCOOL, did knowingly travel

5   in interstate commerce, to wit from Portland, Oregon, to Seattle, Washington, for the purpose

6   of engaging in illicit sexual conduct, that is, a sexual act, as that term is defined in 18 U.S.C.

7   § 2246, with a person(s) under the age of eighteen, which sexual act would constitute a

8   violation of Title 18, United States Code, Chapter 109A.

9        All in violation of Title 18, United States Code, Section 2423(b).

10       And the Complainant states that this Complaint is based on the following information:

11       I, Audrey Ngadiran, being first duly sworn on oath, depose and say:

12                              **I.  INTRODUCTION**

13       1.      I have been an agent with Homeland Security Investigations (HIS) since April

14   2021. HSI is responsible for enforcing customs and immigration laws and federal criminal

15   statutes of the United States.  In my capacity as an agent, I am responsible for conducting

16   investigations into the numerous federal laws enforced by HSI. As part of my duties, I

17   investigate criminal violations relating to child exploitation and child pornography, including

18   violations pertaining to the illegal production, importation, distribution, receipt, attempted

19   receipt, and possession of child pornography and material involving the sexual exploitation

20   of minors in violation of 18 U.S.C. §§ 2251, 2252(a), 2252A(a), 2422, and 2423. I have

21   worked with agents involved in numerous investigations involving the sexual exploitation of

22   children or the distribution, receipt, and possession of child pornography. I have participated

23   in searches of premises and assisted in gathering evidence pursuant to search warrants,

24   including search warrants in multiple child pornography investigations.  I have participated

25   in interviews of persons who possess and distribute child pornography.

26       2.      I am a graduate of the Federal Law Enforcement Training Center (FLETC),

27   HSI Special Agent Training Program, and have received further specialized training in

28   investigating child pornography and child exploitation crimes. In the course of my

COMPLAINT / *United States v. McCool* - 2
USAO #2024R00505

employment, I have also observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256(8)). My training included courses in law enforcement techniques, federal criminal statutes, conducting criminal investigations, and the execution of search warrants. I have participated in the execution of search warrants which involved child exploitation and/or child pornography offenses and the search and seizure of computers, related peripherals, and other electronic devices.

3.       My training included courses in law enforcement techniques, federal criminal statutes, conducting criminal investigations, and the execution of search warrants.  I have participated in the execution of several search warrants which involved child exploitation and/or child pornography offenses and the search and seizure of computers and other digital devices.  I have observed and reviewed numerous examples of child pornography in various forms of media, including media stored on digital media storage devices such as computers, tablets, cellphones, etc.

4.       I am a member of the Internet Crimes Against Children (ICAC) Task Force in the Western District of Washington (WDWA), and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of criminal violations relating to child exploitation and child pornography, including violations pertaining to the unlawful production, importation, distribution, receipt, attempted receipt, and possession of child pornography and material involving the sexual exploitation of minors in violation of 18 United States Code §§ 2243(a)(1), 2251, 2252(a), 2252A(a)(4)(B), 2422, and 2243(a)(1).

5.       As further detailed below, based on my investigation and the investigation of other law enforcement officers, I believe there is probable cause to conclude that MARC DAVID MCCOOL has committed the offense charged in this complaint namely, Attempted Enticement of a Minor in violation of Title 18, United States Code, Section 2422(b), and Travel with  the Intent to Engage in a Sexual Act with a Minor in violation of 18 U.S.C. § 2423(b).

6.       The information contained in this affidavit consists of my personal knowledge gained through this investigation, information provided by other law enforcement agencies

COMPLAINT / *United States v. McCool* - 3
USAO #2024R00505

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

involved in this investigation, information provided by witnesses and others with knowledge of the relevant events and circumstances, information gleaned from my review of evidence, and my training and experience. Because this affidavit is offered for the limited purpose of establishing probable cause, I list only those facts that I believe are necessary to support such a finding. I do not purport to list every fact known to me or others as a result of this investigation.

## II.  SUMMARY OF INVESTIGATION

7.      In April 2024, HSI Seattle conducted an undercover online chatting operation with the mission of identifying and locating individuals who have a sexualized interest in children.  During the investigation, one suspect on Kik, later identified as MARK DAVID MCCOOL, informed an HSI undercover agent (UCA) that he resided in the Portland, Oregon (OR) area and was willing to travel to the greater Seattle, Washington area to engage in sexual activity with the UCA's 7-year-old and 11-year-old children. While communicating with the UCA via Kik, MCCOOL also admitted to collecting child sexual abuse material (CSAM) in the past on a prior phone, committing hands-on sexual acts on minor children, and possessing undergarments of children he has historically sexually abused.

8.      The UCA initially posted an advertisement on a social media platform providing a Kik username for interested parties to message.  On April 5, 2024, the UCA received a message on Kik from "NastyDaddy60" with a display name of "Marc MCCOOL."  The "NastyDaddy60" Kik user also had a profile photo of a white male with short hair with what appears to be a sepia filter applied to the photo.  The profile also had a background photo of a white male with a mixed red- and white-haired beard and mustache, blue eyes, and black rimmed glasses. Based on a review of MCCOOL's Oregon Driver's License photograph and the profile images of the "NastyDaddy60" Kik account, all images appear consistent with MCCOOL.

9.      During documented conversations with the UCA, MCCOOL stated that he wanted to teach the UCA's children "*How important it is to build their oral skills…to train them away from the word no and embrace the word yes…to teach them that their bodies are*

COMPLAINT / *United States v. McCool* - 4
USAO #2024R00505

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

*instruments of pleasure to be devoted given.*" Between April 5, 2024, through May 16, 2024, the UCA and MCCOOL exchanged approximately hundreds of messages in which MCCOOL specified several of the sexual acts he wanted to engage in with the UCA's children which included anal and digital penetration. When asked if MCCOOL intended to take photos or videos of the sexual activity with the UCA's children, MCCOOL responded that he would.

10.     When asked if MCCOOL collected child sexual abuse material (CSAM), MCCOOL said that he previously did, but reported that his phone that contained the CSAM was lost when it fell overboard on a fishing trip. MCCOOL stated that he had approximately a "*couple hundred and fifty vids*" of CSAM. When asked if he kept any other trophies, MCCOOL stated that he possessed some "*panties*" that were from "*A few lils I was lucky enough to play with over the years*" which included his daughter's friend, and other children ranging from ages eight to eleven-years-old. MCCOOL stated that he missed engaging in sexual activity with children and that it had been approximately eight to nine years since he last had sexual contact with a child. When asked how MCCOOL sexually satisfied himself in the meantime and if he downloaded CSAM to sexually satisfy himself, MCCOOL stated, "*I watch…I have tried a few times to hook up but something just seemed off about it so I have it a pass.*"

11.     When asked if MCCOOL had ever explored hurtcore before, MCCOOL responded that he has to an extent clarified that he has engaged in "*electro stuff, violet wand and tens unit…really severe canings and whipping…waterboarding…*"[1] MCCOOL stated that he had engaged in hurtcore in the past with a 12-year-old child, describing it as "*intense and fucking beautiful*" and further described the abuse, stating that he "*Caned the shit out of her, stuck peeled ginger in her ass and squeezed lemon juice over her skin where it broke*

---

[1] Hurtcore, a portmanteau of the words "hardcore" and "hurt", is a name given to a particularly extreme form of child pornography, usually involving degrading violence, bodily harm, and murder relating to child sexual abuse. It has been described as a fetish for people who get aroused by the infliction of pain, or even torture, on another person who is not a willing participant.

*from the caning.*" Additionally, MCCOOL also claimed to have begun sexually abusing a child to whom he had access at the age of six, stating that he had taught that child how to "*deep throat*" and got her "*trained for anal.*"

<u>*Review of Digital Communications Between the UCA and MCCOOL*</u>

12.    On May 15, 2024, I reviewed the chats between MCCOOL and the UCA. MCCOOL repeatedly discussed plans to visit the UCA in Seattle, Washington for the purpose of having sexual contact with the UCA's fictitious minor children. The chats are described, in part, below:

<u>*April 5, 2024:*</u>

**MCCOOL**: I love taboo mommies, and I'm just down the road in Portland

**MCCOOL**: Dom4yngslave from fet

UCA: Mmm hey what kinda taboo u into?

**MCCOOL**: I love one big happy family

UCA: Me too… lookin 4 playmates for my lils. Raisin them in a luvin fam

**MCCOOL**: Mmmm…I love that. All lils need to know there's no place like home!

UCA: Mhmm 7 n 11 girlies

**MCCOOL**: Nice! Such a sweet lil on to teach! Just think, the world is their oyster…so many beautiful things to learn!!!

**MCCOOL**: Exactlyyy u have any lil to teach? Mine are all grown now, but I taught My daughter growing up…I miss having a family that has all that love

UCA: Aw love that.. what did u teach her?

**MCCOOL**: I taught her that love is everywhere, and she never had to hold herself back from expressing and sharing her love with her family. I taught her that she has the amazing talents to give pleasure to her Daddy and mommy, and I taught her how to ask Daddy for things

**MCCOOL**: I also taught her that sometimes, love can hurt

**MCCOOL**: 7 and 11 are such special ages

UCA: What would u wanna teach my lils

COMPLAINT / *United States v. McCool* - 6
USAO #2024R00505

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   **MCCOOL**: How important it is to build their oral skills…to train them away from

2   the word no and embrace the word yes…to teach them that their bodies are

3   instruments of pleasure to be devoted given

4   **MCCOOL**: devotedly*

5   UCA: Mhmm how would u teach em

6   **MCCOOL**: That it is their place to accept and take and enjoy whatever Daddy wants

7   UCA: With both?

8   **MCCOOL**: Of course! There will be no limits with family, mommy

9   **MCCOOL**: I'm serious ab findin ppl for meetups..

10   **MCCOOL**: And I am serious about being one of those people

11   **MCCOOL**: Can you host in Seattle?

12   UCA: Yes Seattle works for me

13   **MCCOOL**: Well, I am in Portland, so I am close enough…and I can host down

14   here, too

15   UCA: Ok I prefer hosting bc my girls are more familiar here but I appreciate that

16   **MCCOOL**: Totally understand and okay with that.

17   **MCCOOL**: If this turns  out as successful as I think it will be, then we can discuss

18   road trips

19   UCA: When was the last time u were with a lil

20   **MCCOOL**: ***MCCOOL** sent a selfie style photo to the UCA which depicted a white

21   male with white hair, handlebar mustache, goatee, and black rim glasses.

22   **MCCOOL**: I am very real, and very serious.

23   **MCCOOL**: It has been a few years, sadly

24   **MCCOOL**: Good..so when would  you like us to move forward

25   UCA: I'm open to soon but when's the soonest u could

26   **MCCOOL**: Well, My work schedule is Friday thru Tuesday, so Wednesday and

27   Thursday off

28

UCA: Gotcha what kinds work are you in? I'm just a hairdresser so my sched is pretty flexible

**MCCOOL**: I'm a chef, so I am kinda locked in, but I have some flexibility too

UCA: I know it's last min but if ur free tomorrow nite my girls just started spring break so could be a fun start

**MCCOOL**: Hmmm…it could happen. But I'd have to take the train to Seattle. My car is in the shop. How would that work with you

UCA: I'm in west Seattle w the girls so you'd prob need to find a ride to meet us

**MCCOOL**: I can uber

*April 6, 2024:*

UCA: What are u looking forward to most tomorrow

**MCCOOL**: Tomorrow? I look forward to meeting them…to seeing them. Exploring just how much they understand about family love

**MCCOOL**: Oh, it's real and it's a meetup

UCA: Hey Marc so what's the plan today?

**MCCOOL**: Hey…sorry for no contact. Just got released from the hospital. I was riding with My friend to the store to get lunch for the train when we got tboned. Ended up with a concussion and two cracked ribs

**MCCOOL**: So I'm going to need to recover for a few before any meetup can happen

*April 7, 2024:*

**MCCOOL**: I want to teach both about anal

UCA: Ok.. 7 too?

UCA: She never had cock

**MCCOOL**: Yes, but just fingers to start. I plan on this being a long term thing

UCA: U plan 2 take any pics?

**MCCOOL**: Yeah we'll see how is goes for pics. They'd be just for Me cause I'll want to jack off to them later

*April 8, 2024:*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  UCA: Mhmmm can't wait.. u like 2 take pics or vids?

2  **MCCOOL**: Yes I do

3  **MCCOOL**: No faces ofc

4  UCA: U dnt collect?

5  **MCCOOL**: I wasn't suggesting now. And all My stuff was digital and for obvious

6  reasons, not backed up. My phone, which held them all, got knocked overboard on a

7  fishing trip last year so sadly, I lost them all

8  UCA: Omg tht sucks u evr take other tropies 2 keep? Ive kept panties b4

9  **MCCOOL**: I still have some panties, yes…pretty unicorn and pony ones

10 **MCCOOL**: Yeah it sucked a lot…I had a couple hundred and fifty vids

11 UCA: Mmm cute who we the panties from

12 **MCCOOL**: A few lils I was lucky enough to play with over the years. one pair was

13 one of My daughters friends

14 **MCCOOL**: Oh yes…the ones I collected from her she was almost 12

15 **MCCOOL**: I had an 8 and two 10s…oh and one 13

16 **MCCOOL**: Yes they are…I loved it very much and miss having that in My life

17 UCA: How longs it been 4 u?

18 **MCCOOL**: Um…about 8-9 years

19 UCA: How u satisfy in the meantime u jus download yung? Or jus waitin

20 **MCCOOL**: I watch…I have tried a few times to hook up but something just seemed

21 off about it so I have it a pass

22 *April 22, 2024:*

23 UCA: Hav u evr explord any hurtcore kinda stuf? I started hearin ab it but still pretty

24 new 2 explorin

25 **MCCOOL**: Well, I've gone pretty deep into the pain aspect, but I certainly draw the

26 line at death…that is so not My thing. I also think it's important to limit damage in

27 order to avoid hospitals

28 *April 23, 2024:*

UCA: Cn I ask u mor ab the stuf u were talkin ab yesterday? Sry I'm stil curios

**MCCOOL**: I've done some electro stuff, violet wand and tens unit…really severe canings and whipping…waterboarding…

UCA: Oh wow evr w lils?

**MCCOOL**: Yes Mmm how old? 12

**MCCOOL**: It was intense and fucking beautiful

**MCCOOL**: Caned the shit out of her, stuck peeled ginger in her ass and squeezed lemon juice over her skin where it broke from the caning

UCA: Mmm we u worried shed tell at all?

**MCCOOL**: I'd used her before and mom had a good handle on her

UCA: Mmm I bet! U do tht w ur fam?

**MCCOOL**: With My daughter and first wife

UCA: How yng u start w her

**MCCOOL**: 6

UCA: Mhmm what was ur fav 2 do w her

**MCCOOL**: Teaching her deep throat and getting her trained for anal

*May 7, 2024:*

UCA: I havnt told the grls any deets yet bc I didnt want em 2 get excited if u flaked since we didn't kno wen

UCA: But theyll b so excited (smile emoji)

**MCCOOL**: That's cool, was just curious

UCA: U hv anythin u want want me 2 tell em 4 u?

**MCCOOL:**  Tell them I can't wait to meet them and play with them and explore them and teach them

**MCCOOL**:  and I look forward to which one has the most talented mouth… lol

UCA: Lol mkay I'll tell em (wink emoji)

    24.    On May 7, 2024, MCCOOL made tentative plans with the UCA to travel from Oregon to Seattle, Washington on May 16, 2024, for the purpose of having sexual contact

COMPLAINT / *United States v. McCool* - 10
USAO #2024R00505

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

with the UCA's two minor children. On May 15, 2024, the Honorable Magistrate Judge
Brian Tsuchida, United States District Court for the Western District of Washington,
authorized warrant MJ24-292 to obtain real-time GPS location data for MCCOOL's cell
phone number to track MCCOOL's travel from Portland, Oregon to Seattle, Washington on
May 16, 2024.

25.    On May 16, 2024, MCCOOL traveled from Portland, Oregon to Seattle,
Washington to meet with the UCA to engage in sexual activity with the UCA's 7-year-old
and 11-year-old children at a designated hotel. MCCOOL traveled via train to Washington
State and then utilized a rideshare to travel to the designated hotel where he knocked on the
door and was arrested. A search of MCCOOL's person incident to arrest yielded condoms,
baby oil, rope, and stuffed animals.

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

### III.   CONCLUSION

26.     The affidavit and application are being presented by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

27.     Based on the above facts, I respectfully submit that there is probable cause to believe that MARC DAVID MCCOOL committed Attempted Enticement of a Minor in violation of Title 18, United States Code, Section 2422(b), and Travel with  the Intent to Engage in a Sexual Act with a Minor in violation of 18 U.S.C. Section 2423(b).

Digitally signed by AUDREY J NGADIRAN
Date: 2024.05.16 16:14:33 -07'00'

_____

AUDREY NGADIRAN, Complainant
Special Agent
Homeland Security Investigation

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone on this 17th day of May, 2024.

_____

PAULA L. MCCANDLIS
United States Magistrate Judge

COMPLAINT / *United States v. McCool* - 12
USAO #2024R00505

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970