1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                    Plaintiff,                    Case No. 24-297 PLM

10        v.                                       DETENTION ORDER

11  MARC DAVID MCCOOL,

12                    Defendant.

13

14        Defendant Marc David McCool is charged with attempted enticement of a minor, 18 U.S.C.

15  § 2422(b), and travel with intent to engage in a sexual act with a minor, 18 U.S.C. § 2423(b). The

16  Court held a detention hearing on May 23, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based

17  upon the reasons for detention stated in the record and as hereafter set forth below, finds:

18

19  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        1.    The government is entitled to a detention hearing pursuant to 18 U.S.C.

20            § 3142(f)(1), as Mr. McCool is charged with an offense with a maximum sentence

21            of life and as he is charged with an offense that involves a minor victim.

22        2.    There is a rebuttable presumption that no condition or combination of conditions

23            will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

1    the community pursuant to 18 U.S.C. § 3142(e).

2    3.    Taken as a whole, the record does effectively rebut the presumption that no

3          condition or combination of conditions will reasonably assure the appearance of

4          Mr. McCool as required and the safety of the community. Mr. McCool is a long-

5          time resident of Portland, Oregon, has stable employment, and stable housing.

6    4.    Mr. McCool poses a risk of danger due to the nature of the instant offense and the

7          weight of evidence against him. Based on these findings, and for the reasons

8          stated on the record, there does not appear to be any condition or combination of

9          conditions that will reasonably assure that Mr. McCool will not pose a danger to

10         other persons or the community if released.

11   IT IS THEREFORE ORDERED:

12   (1)   Mr. McCool shall be detained pending trial, and committed to the custody of the

13         Attorney General for confinement in a correction facility separate, to the extent

14         practicable, from persons awaiting or serving sentences or being held in custody

15         pending appeal;

16   (2)   Mr. McCool shall be afforded reasonable opportunity for private consultation

17         with counsel;

18   (3)   On order of a court of the United States or on request of an attorney for the

19         government, the person in charge of the corrections facility in which Mr. McCool

20         is confined shall deliver Mr. McCool to a United States Marshal for the purpose

21         of an appearance in connection with a court proceeding; and

22

23

DETENTION ORDER - 2

1   (4) The Clerk shall direct copies of this Order to counsel for the United States, to

2     counsel for Mr. McCool, to the United States Marshal, and to the United States

3     Pretrial Services Officer.

4  Dated this 23rd day of May, 2024.

5

6

7              MICHELLE L. PETERSON
               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 3